AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18-mj-1175 |
| | ) | |
| JONATHAN CHRISTIAN TREBER | ) | Charging District's |
| *Defendant* | ) | Case No. 3:18-mj-00240 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ___Oregon___,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___11/26/2018___      _____
                                                *Judge's signature*

                                                Tim A. Baker, U.S. Magistrate Judge
                                                *Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
для the
Southern District of Indiana

FILED
NOV 2 6 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| United States of America | ) |
| v. | ) Case No. 1:18-mj-1175 |
| JONATHAN CHRISTIAN TREBER | ) Charging District's Case No. 3:18-mj-0240 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Oregon,

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/26/2018

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael Donahoe ~~Gwendolyn Beitz~~
*Printed name of defendant's attorney*

# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:18-mj-01175-TAB All Defendants

Case title: USA v. TREBER  
Other court case number: 3:18-mj-240 District of Oregon

Date Filed: 11/27/2018

Assigned to: Magistrate Judge Tim A. Baker

### Defendant (1)
**JONATHAN CHRISTIAN TREBER**

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) | |
|---|---|
| None | |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) | |
|---|---|
| None | |

| Complaints | Disposition |
|---|---|
| COMPLAINT WARRANT OUT OF THE DISTRICT OF OREGON | |

### Plaintiff
**USA**

| Date Filed | # | Docket Text |
|---|---|---|

| 11/26/2018 | 3 | WAIVER of Rule 5(c)(3) Hearing by JONATHAN CHRISTIAN TREBER (1) (CBU) (Entered: 11/30/2018) |
|---|---|---|
| 11/26/2018 | 4 | COMMITMENT TO ANOTHER DISTRICT as to JONATHAN CHRISTIAN TREBER (1). Defendant committed to District of Oregon. Signed by Magistrate Judge Tim A. Baker on 11/26/2018. Electronic Notice to USM-W.(CBU) (Entered: 11/30/2018) |
| 11/27/2018 | 1 | COURTROOM MINUTES for proceedings held before Magistrate Judge Tim A. Baker: Initial Appearance in Rule 5(c)(3) Proceedings as to JONATHAN CHRISTIAN TREBER (1) held on 11/26/2018. Defendant JONATHAN CHRISTIAN TREBER (1) appears in person with assistance by FCD counsel Mike Donahoe. AUSA appears in person by Kathryn Olivier. USPO represented by Danieka Thompkins. Financial affidavit approved. Charges and rights were read and explained. Defendant waived his right to an identity hearing. Defendant waived any further proceedings in this Court and request those hearings he is entitled to be held in the charging district. Defendant is remanded to custody of USM pending removal to the District of Oregon. (CBU) (Entered: 11/30/2018) |
| 11/30/2018 | | Notice of a Rule 5 Initial Appearance as to JONATHAN CHRISTIAN TREBER (1). Transferee court case number is: 3:18-mj-240. Using a PACER account, the docket sheet and any documents may be received via the case number link. Any necessary sealed/restricted documents will be transmitted to the receiving district court via a separate e-mail message. <br><br> If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (CBU) (Entered: 11/30/2018) |

**Case #: 1:18-mj-01175-TAB-All**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/30/2018 13:01:41 | | | |
| **PACER Login:** | ux4722:4106401:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-mj-01175-TAB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |